United States District Court
Southern District of Ohio
Western Division

Karen Russell,
    Plaintiff,

Case No. 1:11cv188

vs.

Weber, J.

Catholic Healthcare Partners
Employee Long Term Disability Plan,
    Defendant.

**ORDER**

    The undersigned hereby RECUSES herself from this case and refers this matter to Magistrate Judge Karen Litkovitz.

    */s/ Stephanie K. Bowman*
    United States Magistrate Judge